AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 16, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| ROSALEA F., <hr> *Plaintiff* <br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <hr> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  1:25-CV-03181-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Plaintiff's Motion for Summary Judgment, ECF No. 11, is GRANTED.
Commissioner's Brief, ECF No. 17, is DENIED.
The decision of the Commissioner is reversed and remanded for an immediate award of benefits.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Stanley A. Bastian _____

Date:  July 16th, 2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*